# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:21-CV-08384-KM-JBC

Plaintiff:
**DEVI RAJSHRI SETHUMADHAVA MENON**

vs.

Defendant:
**WARD CORBETT, ET AL.**

STS2021014986

For:
Avram Frisch, Esq.

Received by STATUS, L.L.C. to be served on **WARD CORBETT, 4 PARK LANE, APT. 3A, MT. VERNON, NY**.

I, JACK TAMBURELLO, do hereby affirm that on the **19th day of May, 2021** at **11:56 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Verified Complaint, Certification Pursuant To L. CIV. R. 11.2 and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **DORIS CORBETT** as **HOUSEHOLD MEMBER/ MOTHER** at the address of: **4 PARK LANE, APT. 3A, MT. VERNON, NY**, the within named person's usual place of Abode, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70+, Sex: F, Race/Skin Color: LIGHT BROWN, Height: 5'6", Weight: 160, Hair: BLACK, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Jack Tamburello*
**JACK TAMBURELLO**

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2021014986
Service Fee: _____