UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEVI RAJSHRI SETHUMADHAVA MENON,**<br><br>     Plaintiff,<br><br>v.<br><br>**WARD CORBETT AND CATALYST PARTNERS MANAGEMENT LLC,**<br><br>     Defendants. | Civ. No. 21-08384 (KM/JBC)<br><br>**MEMORANDUM & ORDER** |

  This matter having been opened to the Court on the Plaintiff's motion for default judgment (DE 6); and it appearing that neither venue nor adequate service of process is clearly established; and the Court having reviewed the motion, and the entire case file, and decided the motion without oral argument;

  **IT IS** this 8th day of October 2021,

  **ORDERED** that Plaintiff's motion (DE 6) for default judgment is **DENIED** as presented for lack of proof of service and lack of factual venue allegations. *See* Fed R. Civ. P. 4(e), (h); 28 U.S.C. § 1391(b)(2).

  The Court will grant leave to file an amended complaint which alleges facts demonstrating that substantial events giving rise to this matter occurred in New Jersey. The Court additionally highlights that Plaintiff's service of process appears to be ineffective pursuant to Fed R. Civ. P. 4(e), (h). Plaintiff has not served Catalyst Partners Management LLC in its corporate capacity. It served Defendant Ward Corbett ("Corbett") by leaving process at a Mt. Vernon, New York address, represented to be his usual place of abode. (DE 3) The complaint (DE 1), however, alleges that Corbett resides in New York City. Any

amended complaint shall be served anew in conformity with Fed R. Civ. P. 4(e), (h).

/s/ Kevin McNulty
_____
**KEVIN MCNULTY, U.S.D.J.**