**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
                Plaintiff

V.

Ward Corbett and Catalyst Partners Management LLC

                Defendants

Civil Action No. 2:21-cv-08384-KM-JBC

**MOTION FOR DEFAULT JUDGMENT**

---------------------------------------------------------------- x

Plaintiff Devi Rajshri Sethumadhava Menon moves the Honorable Kevin McNulty, U.S.D.J. on February 6, 2023 pursuant to Rule 55(b) Federal Rules of Civil Procedure to enter Default Judgment in her favor and against Defendant Catalyst Partners Management LLC in the amount of $107,773.89 plus interest and costs on the ground that Default has been entered against the Defendants by the Clerk for failure to answer or otherwise defend.

                                           Respectfully submitted,

                                           THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                           *Attorney for plaintiff*

                                      BY:_____
Dated: January 8, 2023                        Avram E. Frisch, Esq.