Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------- x

**DEVI RAJSHRI SETHUMADHAVA MENON**

                               Plaintiff,

           - against -

**WARD CORBETT AND CATALYST PARTNERS**

                               Defendant.

Docket No. 2:21-cv-08384

**CERTIFICATION OF DEVI RAJSHRI SETHUMADHAVA MENON IN SUPPORT OF THE APPLICATION FOR DEFAULT JUDGMENT**

------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, , Devi Rajshri Sethumadhava Menon, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in this action and make this certification in support of my application for default judgment against Catalyst Partners.

2. I made two payments to Defendants Corbett and his company Defendant Catalyst Partners. These payments totaled $100,000 and I was assured by Corbett that it would be invested in his hedge fund, which operated through Catalyst.

3. A true copy of wire confirmations showing the deposits are annexed hereto as **Exhibit A**.

4. Mr. Corbett was my boyfriend at the time, and I made clear to him that I could not afford to lose this money, and as set forth in the complaint, he assured me the money was safe and would be paid back to me with the profits of my investment.

5. As far as I know, the money was never invested. I never received any account statements or any evidence that any securities had been purchased. Ultimately, I was fleeced out of this money.

6. My efforts to get Corbett to return my money were unsuccessful leading to this lawsuit.

7. In addition, I took out a credit card for him to use for his business. He was supposed to pay these bills, but I was left with a total of $7,773.89 in charges that belonged to Corbett and Catalyst.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2023.

_____
Devi Rajshri Menon (Jan 8, 2023 10:39 EST)

Devi Rajshri Sethumadhava Menon

EXHIBIT A

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ 07302

| | STATEMENT PERIOD | | |
|---|---|---|---|
| | FROM | | THRU |
| | 09/01/19 | | 09/30/19 |
| DIRECT INQUIRIES TO: | 404-715-4725 | OR | 1-800-544-3328 |

PAGE  1

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 35210.26 |
| 09/14 | | Deposit Transfer From Share 0070 | | | | 120000.00 | 155210.26 |
| 09/23 | | Withdrawal by Wire | | | | 10000.00- | 145210.26 |
| | | WIRE-OUT            7900 CATALYST PARTNER | | | | | |
| 09/23 | | Withdrawal WIRE Out Fee | | | | 20.00- | 145190.26 |
| 09/30 | | Deposit Dividend 0.200% | | | | 16.53 | 145206.79 |
| 09/30 | | Annual Percentage Yield Earned 0.20% from 09/01/19 through 09/30/19 | | | | | |
| | | Based on Average Daily Balance of 100,538.26 | | | | | |
| | | Ending Balance | | | | | 145206.79 |
| | | Dividends Paid Year to Date | | | | 81.89 | |

# Delta Community®
### CREDIT UNION

P.O. BOX 20541  ATLANTA, GA 30320-2541
DeltaCommunityCU.com

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ  07302



| ACCOUNT NUMBER | | | |
|---|---|---|---|
| STATEMENT PERIOD | FROM 10/01/19 | THRU 10/31/19 | |
| DIRECT INQUIRIES TO: | 404-715-4725 | OR | 1-800-544-3328 |
| PAGE | 1 | | |

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 145206.79 |
| 10/08 | | Withdrawal Transfer To Share 0050 | | | | 5.74- | 145201.05 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 3519.25- | 141681.80 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 8143.00- | 133538.80 |
| 10/20 | | Withdrawal Transfer To Share 0070 | | | | 5000.00- | 128538.80 |
| 10/22 | | Withdrawal by Wire | | | | 90000.00- | 38538.80 |
| 10/22 | | WIRE-OUT            5100 CATALYST PARTNER | | | | | |
| 10/22 | | Withdrawal WIRE Out Fee | | | | 20.00- | 38518.80 |
| 10/31 | | Deposit Dividend 0.200% | | | | 18.45 | 38537.25 |

# Please sign. I am putting in a default judgment motion against the company, for whatever that is worth.

Final Audit Report 2023-01-08

| | |
|---|---|
| Created: | 2023-01-08 |
| By: | Avi Frisch (frischa@avifrischlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABrJBPFraq9djh8GS_kWfpVvLVxcYCUqY |

## "Please sign. I am putting in a default judgment motion against the company, for whatever that is worth." History

📄 Document created by Avi Frisch (frischa@avifrischlaw.com)
2023-01-08 - 3:30:47 PM GMT- IP address: 20.36.220.138

📧 Document emailed to Devi Rajshri Menon (devi.rajshri@gmail.com) for signature
2023-01-08 - 3:31:07 PM GMT

📄 Email viewed by Devi Rajshri Menon (devi.rajshri@gmail.com)
2023-01-08 - 3:31:16 PM GMT- IP address: 66.102.8.187

✒️ Document e-signed by Devi Rajshri Menon (devi.rajshri@gmail.com)
Signature Date: 2023-01-08 - 3:39:26 PM GMT - Time Source: server- IP address: 98.109.42.116

✅ Agreement completed.
2023-01-08 - 3:39:26 PM GMT

THE LAW OFFICE OF AVRAM E. FRISCH LLC    Powered by Adobe Acrobat Sign