**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
        Plaintiff

V.

Ward Corbett and Catalyst Partners Management LLC

        Defendants   :
        .

Civil Action No. 2:21-cv-08384-KM-JBC

------------------------------------------------------------- x

## JUDGMENT

Pursuant to Fed. R. Civ. P. R. 55(b)(1), Plaintiff's application for Default Judgment against Catalyst Partners Management LLC is granted; and it is:

**ORDERED:** that judgment is entered in favor of Plaintiff, Devi Rajshri Sethumadhava Menon and against Ward Corbett and Catalyst Partners Management LLC in the amount of $107,773.89 as of January 8, 2023.  Interest shall accrue pursuant to 28 U.S.C. 1961 until the judgment is paid in full.

                                                                _____
                                                                Kevin McNulty U.S.D.J.