**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
    Plaintiff          Civil Action No. 2:21-cv-08384-KM-JBC

V.

Ward Corbett and Catalyst Partners Management LLC


      Defendants    :
            .

---------------------------------------------------------------- x


  I, Avram E. Frisch, Esq., under the penalty of perjury, certify that on January 8, 2023, I served a copy of the annexed motion for default judgment, upon the defendants in this matter **via the court's ECF system And by first class mail to**

Ward Corbett
4 Park Lane
Apt. 3A
Mt. Vernon, NY 10552

Catalyst Partners Management LLC
350 Park Avenue
New York, New York 10022

801 Brickell Ave. Ste 900
Miami, Florida 33131

                                                   /s/ Avram E. Frisch
                                                       Avram E. Frisch, Esq
                                                       *Attorney for Plaintiff*