**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

| | |
|---|---|
| Devi Rajshri Sethumadhava Menon<br>　　　　　　Plaintiff<br>V.<br><br>Ward Corbett and Catalyst Partners Management LLC<br><br>　　　　　　Defendants | Civil Action No. 2:21-cv-08384-KM-JBC<br><br>**MOTION FOR ALTERNATIVE SERVICE** |

---------------------------------------------------------------- x

Plaintiff Devi Rajshri Sethumadhava Menon moves the Honorable Kevin McNulty U.S.D.J. on May 1, 2023 pursuant to Rule 4 of the Federal Rules of Civil Procedure to permit service by alternative means in regard to Defendant Ward Corbett.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　THE LAW OFFICE OF AVRAM E. FRISCH LLC
　　　　　　　　　　　　*Attorney for plaintiff*

　　　　　　　　　　　　BY:_____
Dated: March 27, 2023　　　　　　Avram E. Frisch, Esq.

1