

# Ward Corbett
2.1K friends

Add Friend     Message

**Posts**  About  Friends  Photos  Videos  Check-ins  More

Political science at Howard University

Mount Vernon High School

New York, New York

d by **285 people**

See all photos

### Posts

**Ward Corbett**
December 30, 2022

Prayer works! Family and friends thank you so much for your prayers and your condo messages. Your positive thoughts and kind words brought comfort to me, her grando family and all who knew my mom. She received a Zoom call from Jesus and he said c to where you belong.  Now she is in heaven dancing and singing and watching over will always be with me. 🙏

         

  



See all friends

  

Tanisha Jones         Tia Gilford

  

DonPooh Cummins     Charmaine Ward



 **Ward Corbett**  
December 24, 2022

PRAY FOR ME!  Please pray for me. My dear mother has passed away.   There are no w
express the insurmountable pain I feel.  To know her was to love her. She was the kin
person ever.  
My Saint. My Angel. MyHero. My Mother.

Homegoing Services  
December 27th, 2022 at 11am... **See more**

  

ett      Traci Jackson        Dominique Sharpton

vertising · Ad Choices · Cookies · More · Meta © 2023





**Ward Corbett**
November 29, 2022 · Vimeo - Video Maker ·

Celebrate #givingtuesday2022 in support of the New York Urban League's Empowerment
#nyul #NYC



VIMEO.COM
**Empowerment Days 2022**
This is "Empowerment Days 2022" by LaDonna Jones on Vimeo, the home for high q

3

Like    Share

**Ward Corbett**
November 10, 2022 ·

        

 





**Ward Corbett**
November 5, 2022

I am running the New York Marathon  https://t.co/lObNRABwUu  to raise funds and a our work to help ensure that Black and brown New Yorkers secure a first-class educat economic self-reliance and equal respect of their civil rights.



         



