Meta Platforms Business Record     Page 1

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 501511897 |
| **Account Identifier** | 501511897 |
| **Account Type** | User |
| **Generated** | 2023-02-01 01:30:07 UTC |
| **Date Range** | 2022-08-31 00:00:00 UTC to 2022-12-29 23:59:59 UTC |

**Name Definition** Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**
- **First** Ward
- **Middle**
- **Last** Corbett

**Emails Definition** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**
- ward.corbett@gmail.com
- wardcorbett@facebook.com

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** WardCorbett

**Registration Date Definition** Registration Date: Date and time of account creation.

**Registration Date** 2006-09-28 17:22:29 UTC

**Registration Ip Definition** IP address associated with account creation.

**Registration Ip** No responsive records located

**Account End Date Definition** Account End Date: Displays the status of the account at the time the records were generated.

**Account Closure Date**    **Account Still Active** true

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** +16468249273 Cell Verified on 2015-06-22 23:46:39 UTC

**Credit Cards Definition** Credit Cards: Credit card(s) associated to the account at the time the records were generated.
Payment Account ID: Facebook internal unique identifier for the payment account associated with the account holder.
First: First name associated with the credit card.
Middle: Middle name associated with the credit card.
Last: Last name associated with the credit card.
Street: Street address provided by account holder.
Street2: Street address provided by account holder.
City: City provided by the account holder.
State: State provided by the account holder.
Zip: Zip code provided by the account holder.
Country: Country provided by the account holder.

**Registered Credit Card Number** No responsive records located

**Paypal Accounts Definition** PayPal Accounts: PayPal account(s) associated to the account.
Email: Email address associated with PayPal account.
Payment Account ID: Unique identifier for the PayPal account associated with the account holder.

**Paypal Accounts** No responsive records located

**Direct Debit Definition** Direct Debit: Bank account information from the user's personal payment account.
Bank Accounts: Bank account associated with the direct debit information.
Routing and Account Numbers: Routing and account numbers associated with the bank account.
Payment Account ID: Unique identifier associated with the payment account.

**Direct Debit** No responsive records located

**Logins Definition** Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins** No responsive records located

**Logouts Definition** Logouts: Information collected at the time the account was logged out of.
Time: Date and time of logout.
Location: Location of the logout.

IP Address: IP address associated to the logout.

**Logouts**  No responsive records located

This page intentionally left blank.

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 501511897 |
| **Account Identifier** | 501511897 |
| **Account Type** | User |
| **Generated** | 2023-01-10 22:00:17 UTC |
| **Date Range** | 2022-08-31 00:00:00 UTC to 2022-12-29 23:59:59 UTC |

**Name Definition** Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**
- **First** Ward
- **Middle**
- **Last** Corbett

**Emails Definition** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**
ward.corbett@gmail.com
wardcorbett@facebook.com

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** WardCorbett

**Registration Date Definition** Registration Date: Date and time of account creation.

**Registration Date** 2006-09-28 17:22:29 UTC

**Registration Ip Definition** IP address associated with account creation.

**Registration Ip** No responsive records located

**Account End Date Definition** Account End Date: Displays the status of the account at the time the records were generated.

**Account Closure Date**   **Account Still Active** true

**Phone Numbers Definition**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  +16468249273 Cell Verified on 2015-06-22 23:46:39 UTC

**Credit Cards Definition**  Credit Cards: Credit card(s) associated to the account at the time the records were generated.
Payment Account ID: Facebook internal unique identifier for the payment account associated with the account holder.
First: First name associated with the credit card.
Middle: Middle name associated with the credit card.
Last: Last name associated with the credit card.
Street: Street address provided by account holder.
Street2: Street address provided by account holder.
City: City provided by the account holder.
State: State provided by the account holder.
Zip: Zip code provided by the account holder.
Country: Country provided by the account holder.

**Registered Credit Card Number**  No responsive records located

**Paypal Accounts Definition**  PayPal Accounts: PayPal account(s) associated to the account.
Email: Email address associated with PayPal account.
Payment Account ID: Unique identifier for the PayPal account associated with the account holder.

**Paypal Accounts**  No responsive records located

**Direct Debit Definition**  Direct Debit: Bank account information from the user's personal payment account.
Bank Accounts: Bank account associated with the direct debit information.
Routing and Account Numbers: Routing and account numbers associated with the bank account.
Payment Account ID: Unique identifier associated with the payment account.

**Direct Debit**  No responsive records located

**Logins Definition**  Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins**  No responsive records located

**Logouts Definition**  Logouts: Information collected at the time the account was logged out of.
Time: Date and time of logout.
Location: Location of the logout.

IP Address: IP address associated to the logout.

**Logouts**  No responsive records located