**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

--------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
        Plaintiff

V.

Ward Corbett and Catalyst Partners Management LLC

        Defendants  :
                               .

Civil Action No. 2:21-cv-08384-KM-JBC

--------------------------------------------------------------- x

**ORDER**

Pursuant to Fed. R. Civ. P. R. 4(e)(1), Plaintiff's application to allow for alternative service upon Ward Corbett is granted; and it is:

**ORDERED:** that counsel for Plaintiff shall serve the summons, amended complaint and a copy of this order on Ward Corbett by electronically messaging Mr. Corbett on the Facebook Messenger service, the whatsapp service at 646-824-9273, and via email to ward.corbett@gmail.com, Ward.Corbett@yahoo.com, ward@catalystlp.com.  Service will be complete only if the electronic messaging service provides a notification that Mr. Corbett did in

fact receive the message.  Counsel for Plaintiff shall submit a declaration delineating said proofs within 5 days of completing service.

											_____
											Kevin McNulty U.S.D.J.