**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
       Plaintiff

V.

Ward Corbett and Catalyst Partners Management LLC

       Defendants    :
       .

Civil Action No. 2:21-cv-08384-KM-JBC

---------------------------------------------------------------- x

    I, Avram E. Frisch, Esq., under the penalty of perjury, certify that on March 27, 2023, I served a copy of the annexed motion for default judgment, upon the defendants in this matter **via the court's ECF system And by first class mail to**

Ward Corbett
4 Park Lane
Apt. 3A
Mt. Vernon, NY 10552

Catalyst Partners Management LLC
350 Park Avenue
New York, New York 10022

801 Brickell Ave. Ste 900
Miami, Florida 33131

                                         /s/ Avram E. Frisch
                                             Avram E. Frisch, Esq
                                             *Attorney for Plaintiff*