Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

**DEVI RAJSHRI SETHUMADHAVA MENON**

                                       Plaintiff,

                         - against -

**WARD CORBETT AND CATALYST PARTNERS MANAGEMENT LLC**

                                        Defendant.

Docket No. 2:21-cv-08384

**CERTIFICATION OF AVRAM E. FRISCH IN REGARD TO DILIGENT INQUIRY FOR SERVICE ON CATALYST PARTNERS MANAGEMENT LLC**

---------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Avram E. Frisch, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the attorney for the Plaintiff in this action and make this certification in accordance with the order of Magistrate Judge Clark, on August 3, 2023 in order to set forth the completion of service on Defendants by alternative means.

2. On August 4, 2023, I emailed Mr. Corbett at the three email addresses provided for in the Court's order: ward.corbett@gmail.com; ward@catalystlp.com; and ward.corbett@yahoo.com.  A true copy of this email is annexed hereto as **Exhibit A**.

3. The email was sent jointly to all three addresses.  It was not rejected by any of the servers, and thus appears to have been received.  Mr. Corbett did not respond to the email.

4. Subsequently, I sent Mr. Corbett the same documents via Facebook Messenger.  It was discovered that Facebook Messenger does not permit sharing of PDF files, so I shared links to the documents via the Onedrive for Business file sharing service.  The message was sent to Mr. Corbett's Facebook account.  A screenshot of the messages is annexed hereto as **Exhibit B**.  Facebook Messenger indicates that the messages were sent, but does not indicate that they were read by Mr. Corbett.

5. I then sent the documents as PDF attachments to Mr. Corbett's whatsapp account at +1 (646) 824-9273.  The messages were received and read by Mr. Corbett within approximately a half hour of receipt.  Screenshots showing the messages and the read receipts are annexed hereto as **Exhibit C**.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2023.



                                                                                              /s/ Avram E. Frisch  
                                                                                                    Avram E. Frisch