| | |
|---|---|
| **From:** | Avram Frisch |
| **To:** | ward.corbett@gmail.com; ward@catalystlp.com; ward.corbett@yahoo.com |
| **Bcc:** | devi.rajshri@gmail.com |
| **Subject:** | DEVI RAJSHRI SETHUMADHAVA MENON v. Ward Corbett et al. DNJ Docket No. 2:21-cv-08384 |
| **Date:** | Friday, August 4, 2023 10:51:00 AM |
| **Attachments:** | 2 - summons.pdf<br>1-1.pdf<br>8 - amended complaint.pdf |

Mr. Corbett,

After your years long evasion of service, the Court permitted service on you by alternative means.  Attached hereto is the summons and complaint in this matter.  Your response is due within 21 days, pursuant to the Federal Rules of Civil Procedure.  I do not anticipate agreeing to any extensions of time due to the nature of the case and your willful evasion of service in this matter.

Avram Frisch

_____



Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690