3:12

<  **Ward, Ward Corbett**      

AUG 04 AT 10:55 AM

> Mr. Corbett, as mentioned in my email of a few moments ago, the Court approved service by alternative means. I am serving the same papers via facebook messenger as well. Again, you have 21 days to respond.

> https://avifrischlaw-my.sharepoint.com/:b:/p/frischa/EUpTJdJ9u8JKgXlSvRBCF4EBjvdNu3AThVEOEsucXi7KBw?e=86xXoK

avifrischlaw-my.sharepoint.com

> this is a link to the summons

> https://avifrischlaw-my.sharepoint.com/:b:/p/frischa/ESzcp6B2MzFMkxhjp_ilQJIByO3RJ_PKkssuFwO-vx-Hig?e=fmVHXZ

avifrischlaw-my.sharepoint.com

> This is a link to the civil cover sheet

> This is a link to the amended complaint https://avifrischlaw-my.sharepoint.com/:b:/p/frischa/EbEr4YVYE1BKvMFyPYKDKAkBIZdAiHtNM7AoV0f4-6ZNiQ?e=SkrCgY

avifrischlaw-my.sharepoint.com

     Aa