



# Case 2:21-cv-08384-KM-JBC   Document 18-3   Filed 09/15/23   Page 3 of 4 PageID: 175



