**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

| | |
|---|---|
| Devi Rajshri Sethumadhava Menon<br>              Plaintiff<br>V.<br><br>Ward Corbett and Catalyst Partners Management LLC<br><br><br>              Defendants | Civil Action No. 2:21-cv-08384-KM-JBC<br><br>**MOTION FOR DEFAULT JUDGMENT** |

---------------------------------------------------------------- x

Plaintiff Devi Rajshri Sethumadhava Menon moves the Honorable Kevin McNulty, U.S.D.J. on January 2, 2024 pursuant to Rule 55(b) Federal Rules of Civil Procedure to enter Default Judgment in her favor and against Defendants Ward Corbett and Catalyst Partners Management LLC in the amount of $107,773.89 plus interest, costs and attorneys fees to be taxed, on the ground that Default has been entered against the Defendants by the Clerk for failure to answer or otherwise defend.

                                          Respectfully submitted,

                                          THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                          *Attorney for plaintiff*

                                  By:_____

Dated: December 7, 2023                     Avram E. Frisch, Esq.