Professional = All (Active Only)
Matter - Client = Ex boyfriend collection (Active Only)
Resp Professional = All (Inactive Included)
Status = All
Billable Type = All
View = Original
From 10-27-2018 To 11-26-2023

# Time and Expense Entries

### The Law Office of Avram E. Frisch LLC

| Date | Status | Type | Code |
|---|---|---|---|
| *Manon, Devi* | | | |
| *Ex boyfriend collection* | | | |
| *Time* | | | |
| | Service of complaint | | |
| 05-19-2021 | Billed | Billable | |
| | email correspondence; call to process server | | |
| 06-01-2021 | Billed | Billable | |
| | Call with Amy Olsen; call to client in regard to possible location for defendant | | |
| 06-02-2021 | Billed | Billable | |
| | filed affidavit of service; call with client | | |
| 06-11-2021 | Billed | Billable | |
| | Preparation of request for entry of default, call with client | | |
| 06-17-2021 | Billed | Billable | |
| | Preparation of declaration in support of default judgment | | |
| 07-13-2021 | Billed | Billable | |
| | Filed application for default judgment | | |
| 08-20-2021 | Billed | Billable | |
| | Submission of motion for default judgment; calls with client | | |
| 10-25-2021 | Billed | Billable | |
| | Preparation of motion for alternate service | | |
| 02-18-2022 | Billed | Billable | |

| Date | Status | Type |
|---|---|---|
| | service of motion; review of status of mailings | |
| 06-16-2022 | Billed | Billable |
| | Communication with chambers over motion | |
| 09-08-2022 | Billed | Billable |
| | Preparation of subpoena to Urban League | |
| 12-29-2022 | Billed | Billable |
| | Preparation of subpoena to Facebook | |
| 01-08-2023 | Billed | Billable |
| | Preparation of declaration in response to court | |
| 01-10-2023 | Billed | Billable |
| | Facebook subpoena | |
| 02-02-2023 | Billed | Billable |
| | Review of facebook subpoena response | |
| 03-24-2023 | Billed | Billable |
| | New motion for alternate service | |
| 03-27-2023 | Billed | Billable |
| | Finalization of motion | |
| 08-03-2023 | Billed | Billable |
| | Call with client; review of court order | |
| 08-04-2023 | Billed | Billable |
| | Service of complaint in accordance with Court ordered alternative service | |
| 09-15-2023 | Billed | Billable |
| | Preparation of declaration of service | |

### Expense

| Date | Status | Type |
|---|---|---|
| 02-15-2021 | Billed | Billable |
| | Fedex | |
| 04-06-2021 | Billed | Billable |
| | complaint filing fee | |
| 04-14-2021 | Billed | Billable |
| | Estimated service of process | |
| 11-18-2021 | Billed | Billable |
| | Additional service of process charge | |

| | | |
|---|---|---|
| 02-14-2022 | Billed | Billable |
| | Certified mail RRR postage on Catalyst (2 addresses) | |
| 01-30-2023 | Billed | Billable |
| | service of subpoenas by process server | |

| Professional | Amount |
|---|---|
| Frisch, Avram | 140.00 |
| Frisch, Avram | 175.00 |
| Frisch, Avram | 175.00 |
| Frisch, Avram | 175.00 |
| Frisch, Avram | 105.00 |
| Frisch, Avram | 210.00 |
| Frisch, Avram | 420.00 |
| Frisch, Avram | 105.00 |
| Frisch, Avram | 105.00 |

| | |
|---|---:|
| Frisch, Avram | 105.00 |
| Frisch, Avram | 150.00 |
| Frisch, Avram | 112.50 |
| Frisch, Avram | 412.50 |
| Frisch, Avram | 75.00 |
| Frisch, Avram | 75.00 |
| Frisch, Avram | 300.00 |
| Frisch, Avram | 262.50 |
| Frisch, Avram | 112.50 |
| Frisch, Avram | 187.50 |
| Frisch, Avram | 225.00 |
| **Time Total** | **3,627.50** |
| Frisch, Avram | 10.00 |
| Frisch, Avram | 402.00 |
| Frisch, Avram | 200.00 |
| Frisch, Avram | 254.00 |

| | |
|---|---:|
| Frisch, Avram | 25.00 |
| Frisch, Avram | 283.00 |
| **Expense Total** | **1,174.00** |