Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

DEVI RAJSHRI SETHUMADHAVA MENON

                                  Plaintiff,

          - against -

WARD CORBETT AND CATALYST PARTNERS

                                Defendant.

Docket No. 2:21-cv-08384

**CERTIFICATION OF DEVI RAJSHRI SETHUMADHAVA MENON IN SUPPORT OF THE APPLICATION FOR DEFAULT JUDGMENT**

-------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, , Devi Rajshri Sethumadhava Menon, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in this action and make this certification in support of my application for default judgment against Catalyst Partners.

2. I made two payments to Defendants Corbett and his company Defendant Catalyst Partners. These payments totaled $100,000 and I was assured by Corbett that it would be invested in his hedge fund, which operated through Catalyst.

3. A true copy of wire confirmations showing the deposits are annexed hereto as **Exhibit A**.

4. Mr. Corbett was my boyfriend at the time, and I made clear to him that I could not afford to lose this money, and as set forth in the complaint, he assured me the money was safe and would be paid back to me with the profits of my investment.

5. As far as I know, the money was never invested. I never received any account statements or any evidence that any securities had been purchased. Ultimately, I was fleeced out of this money.

6. My efforts to get Corbett to return my money were unsuccessful leading to this lawsuit.

7. In addition, I took out a credit card for him to use for his business. He was supposed to pay these bills, but I was left with a total of $7,773.89 in charges that belonged to Corbett and Catalyst.

8. I have incurred substantial legal fees and costs in this action due to Mr. Corbett's evasion of service, as set forth in the accompanying Declaration of my attorney. I ask for legal fees and my costs as set forth therein.

9. Mr. Corbett is not in active military service, as delineated in the annexed report from the Department of Defense Manpower Data Center, a true copy of which is annexed hereto as **Exhibit B**.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2023.

_____
Devi Rajshri Sethumadhava Menon

EXHIBIT A

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ 07302

| STATEMENT PERIOD | FROM 09/01/19 | THRU 09/30/19 |
|---|---|---|
| DIRECT INQUIRIES TO: | 404-715-4725 | OR 1-800-544-3328 |

PAGE 1

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 35210.26 |
| 09/14 | | Deposit Transfer From Share 0070 | | | | 120000.00 | 155210.26 |
| 09/23 | | Withdrawal by Wire | | | | 10000.00- | 145210.26 |
| 09/23 | | WIRE-OUT ▮▮▮▮7900 CATALYST PARTNER | | | | | |
| 09/30 | | Withdrawal WIRE Out Fee | | | | 20.00- | 145190.26 |
| 09/30 | | Deposit Dividend 0.200% | | | | 16.53 | 145206.79 |
| | | Annual Percentage Yield Earned 0.20% from 09/01/19 through 09/30/19 | | | | | |
| | | Based on Average Daily Balance of 100,538.26 | | | | | |
| 09/30 | | Ending Balance | | | | | 145206.79 |
| | | Dividends Paid Year to Date | | | | 81.89 | |

# Delta Community
### CREDIT UNION

P.O. BOX 20541 ATLANTA, GA 30320-2541
DeltaCommunityCU.com



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

ACCOUNT NUMBER

STATEMENT PERIOD  10/01/19 FROM  10/31/19 THRU

DIRECT INQUIRIES TO: 404-715-4725  OR  1-800-544-3328

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ 07302

PAGE 1

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

\*\*DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 145206.79 |
| 10/08 | | Withdrawal Transfer To Share 0050 | | | | 5.74- | 145201.05 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 3519.25- | 141681.80 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 8143.00- | 133538.80 |
| 10/20 | | Withdrawal Transfer To Share 0070 | | | | 5000.00- | 128538.80 |
| 10/22 | | Withdrawal by Wire | | | | 90000.00- | 38538.80 |
| 10/22 | | WIRE-OUT 5100 CATALYST PARTNER | | | | | |
| 10/22 | | Withdrawal WIRE Out Fee | | | | 20.00- | 38518.80 |
| 10/31 | | Deposit Dividend 0.200% | | | | 18.45 | 38537.25 |

EXHIBIT B

Department of Defense Manpower Data Center    Results as of : Dec-07-2023 02:21:43 PM

SCRA 5.18



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | |
| Birth Date: | Sep-XX-1968 |
| Last Name: | CORBETT |
| First Name: | WARD |
| Middle Name: | |
| Status As Of: | Dec-07-2023 |
| Certificate ID: | T1HNJP7L4Z3SB9W |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.