**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

Devi Rajshri Sethumadhava Menon
                        Plaintiff

V.

Ward Corbett and Catalyst Partners Management
LLC


                        Defendants

Civil Action No. 2:21-cv-08384-KM-JBC

**MOTION FOR DEFAULT JUDGMENT**

-------------------------------------------------------------- x

Plaintiff Devi Rajshri Sethumadhava Menon moves the Honorable Esther Salas, U.S.D.J.

on October 7, 2024  pursuant to Rule 55(b) Federal Rules of Civil Procedure to enter

Default Judgment in her favor and against Defendants Ward Corbett and Catalyst

Partners Management LLC in the amount of $107,773.89 plus interest and costs on the

ground that Default has been entered against the Defendants by the Clerk for failure to

answer or otherwise defend.

                        Respectfully submitted,


                        THE LAW OFFICE OF AVRAM E. FRISCH LLC
                        *Attorney for plaintiff*

                        By:_____

Dated: August 26, 2024                        Avram E. Frisch, Esq.