[7/15/19, 4:08:27 AM] Devi: Also you should know that I've been trying to sell my home since March and it's not yet sold . My hoa decided to put a new rule saying they would allow only ppl who could put in 20 percent down or cash buyers only and that has caused sales to drop tremendously

[7/15/19, 4:09:06 AM] Devi: So atm - am bleeding 2700 per month ( 150 of which I could probably save )

[7/15/19, 4:10:15 AM] Devi: I was fine with it for a few months - but now I can't wait for my home to be sold coz I am barely making it month to month

[7/15/19, 4:10:38 AM] Devi: Also my hobby is expensive at a 1000 bucks a month :)

[7/15/19, 4:11:34 AM] Devi: So am not doing great on saving on the salary I receive atm :). Solely dependent on my bonus for year end savings :)

[7/15/19, 4:13:13 AM] Devi: So partly me not buying is a question of affordance atm :)

[7/15/19, 4:14:10 AM] Devi: But yes - I was intending to get u a phone to replace the one that clearly doesn't like me coz it dies out whenever it's time to talk to me :)

[7/15/19, 4:14:46 AM] Devi: And I was worried if perhaps it was not yet time to do that

[7/15/19, 4:16:04 AM] Devi: I have been burnt giving money to ex boyfriends before ( even fiancé ) and am kinda scared how money would affect the relationship babe

[7/15/19, 4:19:13 AM] Devi: One of my exes really changed the moment I paid him money to get him out of trouble . He got comfortable and did not want to face the world but instead hide behind my protection. I've heard it happens to women too . I've heard stories from my colleagues of women who don't want to face the workforce after being stay at home moms. Too scared now that they have a source of protection.

[7/15/19, 4:21:20 AM] Devi: Anyways - we can talk later when you back. Am going to do my meditation technique or wake up completely :)

[7/15/19, 8:08:30 AM] Ward Corbett: I cant wait to see you to talk more about this.

[7/15/19, 8:08:59 AM] Ward Corbett: Radical transparency is what we will have.   I love it.

[7/17/19, 5:14:49 PM] Ward Corbett: lol or maybe you'll order my iPad pro. 😣😁

[7/17/19, 5:15:02 PM] Devi: Babe - u didn't order on prime day ?

[7/17/19, 5:15:08 PM] Devi: It was 350 off

[7/17/19, 5:15:12 PM] Ward Corbett: I didn't

[7/17/19, 5:15:16 PM] Devi: Whyyy

[7/17/19, 5:15:35 PM] Ward Corbett: It was in Italian

[7/17/19, 5:16:14 PM] Devi: U could have told me to order or your assistant or someone . I guess u didn't care about saving that money :)

7/17/19, 5:46:21 PM] Devi: What would be an ideal day with me for you

[7/17/19, 5:53:45 PM] Ward Corbett: I need you to take some time and think about catalystlp.com

[7/17/19, 5:54:00 PM] Ward Corbett: I want you to be my thought partner.

[7/17/19, 5:54:05 PM] Devi: What do u want to think

8/19/19, 4:48:54 PM] Devi: Babe - I gotta talk to you about lawyers and collecting money from lenders who are trying not to pay

[8/19/19, 4:49:36 PM] Devi: I have a lawyer but if u've been through it - would be nice to know if there are options my lawyer has not thought of

[8/19/19, 6:37:39 PM] Ward Corbett: Who owes the money

[8/19/19, 6:37:56 PM] Devi: Lender I gave money to

[8/19/19, 6:38:32 PM] Devi: I'll talk later babe - at chiropractor for monthly appt

[8/19/19, 6:40:38 PM] Ward Corbett: What lender

[8/19/19, 7:05:01 PM] Devi: Sorry for being confusing earlier babe . I lent money from my 401k to a real estate broker

[8/19/19, 7:05:16 PM] Devi: He connects developers with private money lenders

[8/19/19, 7:05:25 PM] Ward Corbett: How much

[8/19/19, 7:05:34 PM] Devi: 75k

[8/19/19, 7:05:54 PM] Ward Corbett: Give me his details

[8/19/19, 7:07:23 PM] Devi: He did one deal and gave money back , next deal he just quit

[8/19/19, 7:07:31 PM] Devi: Sure - I'll email it to u

[8/19/19, 7:08:44 PM] Ward Corbett: ok

[8/19/19, 7:09:52 PM] Devi: I was a bit dumb on the second deal - trusted him after first and then realized I'd not backed up the lending with a property like the first one

[8/19/19, 7:10:31 PM] Devi: I tell myself - atleast I know many ppl who can be trusted that way compared to this one guy

[8/19/19, 7:10:44 PM] Ward Corbett: What is the date you wired him the money

[8/19/19, 7:11:10 PM] Devi: Maybe close to 2 years now

[8/19/19, 7:11:16 PM] Devi: I'll get u that detail

[8/19/19, 7:11:50 PM] Devi: This was of course when I was in Atlanta

[8/19/19, 7:23:08 PM] Ward Corbett: ok

[8/19/19, 7:23:13 PM] Ward Corbett: I understand babe

[8/19/19, 7:25:31 PM] Devi: Which email do I send to ?

[8/19/19, 7:26:01 PM] Ward Corbett: ward.corbett@gmail.com

[8/19/19, 7:26:15 PM] Devi: What's each email for ? :)

[8/19/19, 7:27:10 PM] Ward Corbett: more space

[8/19/19, 7:27:56 PM] Devi: Private being yahoo and gmail and catalyst for everything else ?

[8/19/19, 7:28:20 PM] Devi: Is your catalyst email gmail based babe ?

[8/19/19, 7:28:31 PM] Devi: Sent u

[8/19/19, 7:28:50 PM] Devi: So Sam is the developer and ken is the broker

[8/19/19, 7:29:21 PM] Devi: Suit is filed against Braintree holdings 26

[8/19/19, 7:29:29 PM] Ward Corbett: image omitted

[8/19/19, 7:29:39 PM] Ward Corbett: it isn't

[8/19/19, 7:29:51 PM] Devi: K - I'll send u the attachments itself

[8/19/19, 7:29:57 PM] Ward Corbett: ok

[8/19/19, 7:38:32 PM] Devi: So where it stands rt now is that - lawyer filed saying they owe money . They said they don't owe anything . Lawyer proved with bank statement. Now they saying they don't have money .

[8/19/19, 7:39:19 PM] Devi: Lawyer is going to first try getting a judgement against them and then will see if he can see if the llc has any money
[8/19/19, 7:39:29 PM] Ward Corbett: You will be awarded a judgment against them
[8/19/19, 7:39:53 PM] Devi: Yes - certainly . But we don't know if we will be able to get money
[8/19/19, 7:41:41 PM] Ward Corbett: Eventually if you have their SS#
[8/19/19, 7:42:15 PM] Devi: So if I get judgement awarded , will I get their ssn ?
[8/19/19, 7:42:48 PM] Devi: If it's the llc number and they dissolve it - not much can be done
[8/19/19, 7:43:29 PM] Ward Corbett: True

8/22/19, 9:40:03 PM] Devi: i hunger to see you babe .
[8/22/19, 9:52:31 PM] Ward Corbett: Ho much can you wire to my account. Now or after you sell your house.
[8/22/19, 10:01:07 PM] Ward Corbett: ☹
[8/22/19, 10:02:01 PM] Devi: Hmm - I'll wire exactly 1 $ babe
[8/22/19, 10:02:23 PM] Devi: Since you are numero uno in my life
[8/22/19, 10:09:15 PM] Ward Corbett: lol😄
[8/22/19, 10:09:21 PM] Devi: But seriously though babe - am thinking of investing that into real estate . That has consistently worked well for me and I have a great realtor I can trust 100 percent
[8/22/19, 10:10:11 PM] Ward Corbett: Ok,   You can still wire half of it to me.
[8/22/19, 10:10:17 PM] Devi: :)
[8/22/19, 10:10:47 PM] Devi: Why would you want me to wire half to you ? :)
[8/22/19, 10:11:07 PM] Ward Corbett: to make money for you and me
[8/22/19, 10:11:38 PM] Devi: Can we do that after we marry ?
[8/22/19, 10:12:10 PM] Ward Corbett: Lol.. so you are married to your realtor?
[8/22/19, 10:12:27 PM] Devi: No - he's gonna find me a property and money stays in my name
[8/22/19, 10:12:40 PM] Devi: He's found most of my properties so far
[8/22/19, 10:12:48 PM] Ward Corbett: Ok
[8/22/19, 10:12:55 PM] Devi: He's black btw
[8/22/19, 10:13:05 PM] Devi: You'll meet him
[8/22/19, 10:13:39 PM] Devi: You know the story of me losing 75k to a developer right
[8/22/19, 10:14:10 PM] Ward Corbett: Well just think about it.   Yes that's partly why I suggested it.
[8/22/19, 10:14:35 PM] Devi: So I don't get ripped off ?
[8/22/19, 10:14:42 PM] Ward Corbett: yes
[8/22/19, 10:15:06 PM] Devi: With real estate i haven't been ripped off . It's long term buy n hold strategy for me
[8/22/19, 10:15:14 PM] Ward Corbett: Ok
[8/22/19, 10:15:37 PM] Devi: Coz the property is in my name . Might not be fantastic returns but is all right
[8/22/19, 10:15:54 PM] Ward Corbett: as long as you are happy babe

[8/22/19, 10:16:33 PM] Devi: Would you be comfortable telling me about your financial circumstances babe

[8/22/19, 10:17:00 PM] Devi: Or do we postpone that to later

[8/22/19, 10:17:26 PM] Devi: Sit with a counselor to talk about it or u have ideas on how u want us to be at that point

[8/22/19, 10:17:47 PM] Devi: I've never commingled my assets with anyone else in my life so far

[8/22/19, 10:17:57 PM] Devi: So don't quite know

[8/22/19, 10:18:23 PM] Ward Corbett: ok we can be great for each other

[8/22/19, 10:18:30 PM] Ward Corbett: We can talk about it

[8/22/19, 10:18:34 PM] Devi: K


8/23/19, 6:12:29 PM] Devi: Am sorry if I yell at u at times or say u not good at something or other babe - I mean it to be funny

[8/23/19, 6:12:50 PM] Devi: (While hinting at something )

[8/23/19, 6:13:13 PM] Devi: Let me know if u don't like the coupling :)

[8/23/19, 6:22:13 PM] Ward Corbett: I love it

[8/23/19, 6:22:31 PM] Devi: My ex hated that :)

[8/23/19, 6:22:38 PM] Devi: Thank you sweetheart

[8/23/19, 6:22:52 PM] Ward Corbett: You are usually right

[8/23/19, 6:22:54 PM] Devi: I'll still try not to annoy u much with it

[8/23/19, 6:23:14 PM] Ward Corbett: You can make me a better man

[8/23/19, 6:23:47 PM] Devi: Yeah no one likes someone who's   right when it hurts to hear the truth they've been assiduously hiding from themselves :)

[8/23/19, 6:24:20 PM] Ward Corbett: I'll do the same for you

[8/23/19, 6:24:53 PM] Devi: I always expressly seek out ppl who do that to me babe

[8/23/19, 6:25:15 PM] Ward Corbett: ok I'll feel more comfortable and do it often

[8/23/19, 6:25:30 PM] Devi: Not unkind but good criticism and things I can't see for myself

[8/23/19, 6:25:54 PM] Devi: I'd love that babe . My bro n my friends n sis all do that too

[8/23/19, 6:31:33 PM] Ward Corbett: ok I'll try

[8/23/19, 6:31:57 PM] Ward Corbett: Do you promise not to be offended?

[8/23/19, 6:39:48 PM] Devi: Mmmwah

8/23/19, 6:40:00 PM] Devi: I won't be babe

[8/23/19, 6:40:51 PM] Devi: I'll value you babe for it

[8/23/19, 6:41:55 PM] Devi: Syncophants don't do much for your life . Intelligent friends who can provide sometimes even a contradictory point of u help u a lot in life

[8/23/19, 6:42:09 PM] Devi: Sycophants

[8/23/19, 6:42:25 PM] Devi: Point of view

[8/23/19, 6:42:40 PM] Ward Corbett: ok


[8/28/19, 12:56:33 PM] Ward Corbett: Catalyst Partners LLC


Bank Address
Wells Fargo Bank

1 Front Street 22nd Floor
San Francisco, CA 94111
USA

Routing#
121000248

Account No
296-5579242

Swift
WFBIUS6S
[8/28/19, 12:57:08 PM] Devi: :)
[8/28/19, 12:57:54 PM] Devi: Money is not going to go right away into real estate . So we
can talk
[8/28/19, 12:58:06 PM] Ward Corbett: ok great.

[9/5/19, 9:30:54 AM] Ward Corbett: Use this today when you have time
[9/5/19, 9:30:57 AM] Ward Corbett: Catalyst Partners LLC

Bank Address
Wells Fargo Bank
1 Front Street 22nd Floor
San Francisco, CA 94111
USA

Routing#
121000248

Account No
296-5579242

Swift
WFBIUS6S
[9/5/19, 9:31:51 AM] Devi: Baby - I am not ready for that yet
[9/5/19, 9:47:47 AM] Ward Corbett: why
[9/5/19, 9:51:32 AM] Devi: It's a lot of money for me and it's going away from me without
any legal backup or recourse . And I don't know if it's wise for us to commingle our
assets like that yet babe ?
[9/5/19, 9:55:27 AM] Devi: Another consideration is that I have to tell GS if I invest in
anything . I can't invest in single name stocks
[9/5/19, 9:56:11 AM] Ward Corbett: i know that's not an issue
[9/5/19, 9:56:32 AM] Devi: What is
[9/5/19, 10:00:17 AM] Ward Corbett: Neither
[9/5/19, 10:01:18 AM] Devi: I have legal recourse n back up ?

[9/5/19, 10:01:37 AM] Devi: It is wise to commingle ?
[9/5/19, 10:03:38 AM] Ward Corbett: Of course.   No worries babe.
[9/5/19, 10:44:54 AM] Devi: Am sorry am not able to just give the money babe . Even when I borrow money from friends - I sign up a document saying I owe them and I've always paid it back sooner than later .
[9/5/19, 10:45:38 AM] Devi: After marriage is a different story - both of us will be one in eyes of law
[9/5/19, 10:46:26 AM] Devi: But even so babe - my best friend n hubby keep their accounts separate though they've been together since 2008
[9/5/19, 10:46:40 AM] Ward Corbett: How much can you send today.
[9/5/19, 10:47:05 AM] Devi: I don't want to send today babe
[9/5/19, 10:47:23 AM] Ward Corbett: ok

[9/5/19, 5:59:52 PM] Ward Corbett: Can you reconsider sending a wire tomorrow. What # are you comfortable with?
[9/5/19, 6:00:24 PM] Devi: Am just giving u money without it being under my name ?
[9/5/19, 6:01:10 PM] Ward Corbett: Yes
[9/5/19, 6:01:32 PM] Devi: I can't do that babe unless we married
[9/5/19, 6:01:53 PM] Ward Corbett: Yes you can
[9/5/19, 6:02:18 PM] Ward Corbett: I checked the rule book. You can do it.
[9/5/19, 6:02:25 PM] Devi: I have been burned too many times and am not comfortable with it
[9/5/19, 6:03:05 PM] Ward Corbett: What # are you comfortable with
[9/5/19, 6:04:46 PM] Devi: No money babe - I've already spent a lot of money
[9/5/19, 6:05:54 PM] Devi: So far it's been me spending a lot babe
[9/5/19, 6:08:29 PM] Devi: I'd like to invest in a property babe - that is what I want now
[9/5/19, 6:10:27 PM] Devi: Your situation is quite complicated and I have no clue about it . It makes me very uncomfortable to be asked to give money for something I don't know . I told you my values babe - don't want your money babe and want us to sign a pre nup
[9/5/19, 6:13:58 PM] Ward Corbett: ok
[9/5/19, 6:18:57 PM] Devi: I meant it when I said I'll earn my retirement :) . No fun unless it's your own money .

9/6/19, 6:01:49 PM] Devi: Are u mad at me for refusing to send money ?

[9/8/19, 6:31:44 AM] Devi: So I had a nightmare last night . I dreamt you were caught up in some kind of public scandal and lots of ppl were ready to put you to the grinder and were doing it fast per news . I kept checking news to see if you were getting out but it was rapidly deteriorating . I wanted to provide you support and character witness since I saw no one else coming forward for you but by the time I decided to do it I realized you went and got caught in a place far away :). So I was like - I gotta get to ward , there is good in him n I have to share that when my nightmare ended coz I woke up :)
[9/8/19, 6:33:02 AM] Devi: My dreams usually indicate my state of mind babe
[9/8/19, 6:33:24 AM] Devi: Things I don't acknowledge in my waking life

[9/8/19, 6:33:28 AM] Devi: Usually

[9/8/19, 6:54:50 AM] Devi: That dream came coz I was watching a funny YouTube video where the main character was trying to get rid of the date and so was like - I need you to give me all your money . Made me pause and I thought - that's what Ward said to me . If those comedy guys ever heard of my story , ward wouldn't look too good . But I do love him . That translated into my nightmare

[9/8/19, 6:56:42 AM] Devi: Place far away is coz usually u are far away from me especially when I need you ;)

[9/8/19, 6:57:13 AM] Devi: Looks like I've internalized that :)

[9/8/19, 6:59:15 AM] Devi: See how u shake my world babe ? :) I absolutely need sadhguru to keep it stable inside . I still simultaneously feel very fortunate to have you n scared about you

9/9/19, 7:46:41 PM] Devi: How was / is your day ? I had deleted something accidentally on a box where we are allowed to delete but was needed by other team mates . So was doing that and an interruption work . Didn't get started on real work . It's been go go go all day and even in evening

[9/9/19, 7:46:57 PM] Devi: Can't wait to hit the bed and it's only Monday :)

[9/9/19, 9:56:09 PM] Devi: Night darling

[9/9/19, 10:05:28 PM] Devi: It's your bday on the 11 th babe ? Do I get to see you ? Can you have dinner with me ? I've started prepping by cooking something pretty good today . Wanted to work on it tomorrow n day after as well to impress you much with Indian fusion cooking

[9/10/19, 12:06:56 AM] Ward Corbett: gnight

[9/10/19, 6:34:30 AM] Devi: Morning babe

[9/10/19, 6:50:58 AM] Devi: Have I hurt you babe ?

[9/10/19, 6:51:55 AM] Devi: You seem more curt than usual - either that or you super busy :)

[9/10/19, 6:52:31 AM] Devi: Am sorry if I hurt you babe

[9/10/19, 7:13:11 AM] Devi: In a way go go is good if I can sleep exhausted at 10 n wake up at 6 with good sleep everyday

[9/10/19, 7:13:33 AM] Devi: The changing weather is making me more sleepy

[9/10/19, 11:44:53 AM] Ward Corbett: Have a great day.

[9/10/19, 11:52:46 AM] Devi: You too babe

[9/10/19, 2:36:42 PM] Devi: Babe - how's day coming along

[9/10/19, 2:43:40 PM] Ward Corbett: ok long dsy

[9/10/19, 2:43:58 PM] Ward Corbett: How was your day

[9/10/19, 3:38:39 PM] Devi: Not as bad as yesterday but still hectic

[9/10/19, 3:42:27 PM] Ward Corbett: Its my birthday. Do you love me?

[9/10/19, 3:42:34 PM] Ward Corbett: 😣

[9/10/19, 3:43:07 PM] Devi: Baby I do love you :)

[9/10/19, 3:43:19 PM] Ward Corbett: 􀀀􀀀􀀀

[9/10/19, 3:43:24 PM] Ward Corbett: are you sure

[9/10/19, 3:43:29 PM] Devi: Your bday is Tommorow

[9/10/19, 3:43:35 PM] Devi: 9/11
[9/10/19, 3:44:08 PM] Devi: Since when does loving someone mean u have to give them money ?
[9/10/19, 4:36:44 PM] Devi: Coz then you have loved me far less than me you ;)
[9/10/19, 5:13:52 PM] Ward Corbett: lol relax and love
[9/10/19, 5:14:32 PM] Devi: :) - ur bday is tomorrow rt
[9/10/19, 5:31:31 PM] Devi: Tell me babe if u coming for dinner tomorrow
[9/10/19, 6:47:20 PM] Ward Corbett: im not
[9/10/19, 6:47:56 PM] Devi: Why babe - mad at me ?
[9/10/19, 6:48:29 PM] Devi: Or planning on meeting up at a more convenient time ?
[9/10/19, 6:49:08 PM] Ward Corbett: ok Im in California

[9/10/19, 8:56:30 PM] Devi: And babe - please don't joke about me sending you money . It's bothering me :(. I haven't heard a rational explanation for giving u and now it just bugs me to hear it babe .
[9/10/19, 8:57:00 PM] Devi: I don't want to be bugged :)
[9/10/19, 8:57:22 PM] Ward Corbett: I wont bug you on my birthday

9/17/19, 12:13:59 PM] Ward Corbett: can we talk
[9/17/19, 12:14:11 PM] Devi: In meeting
[9/17/19, 12:14:16 PM] Ward Corbett: ok
[9/17/19, 12:14:18 PM] Ward Corbett: ttyl
[9/17/19, 12:29:47 PM] Devi: Babe - talking won't do any good though . Am not gonna be okay with u coming at 8 pm
[9/17/19, 12:30:18 PM] Devi: I tried to accommodate u the last time u had a request like this but it just turned out to be a bad idea
[9/17/19, 12:30:48 PM] Devi: So my standard policy is gonna be - hold u to your promise else consider it disrespectful of me and my time
[9/17/19, 12:31:51 PM] Devi: If u really need me in your life babe - u will set aside time for me . Set expectations u can meet and meet them
[9/17/19, 12:32:23 PM] Ward Corbett: are you thinking about me
[9/17/19, 12:32:38 PM] Devi: I am
[9/17/19, 12:32:47 PM] Ward Corbett: 🔲🔲🔲
[9/17/19, 12:51:07 PM] Devi: I am free to talk now if u want
[9/17/19, 12:51:17 PM] Devi: Meeting just got over
[9/17/19, 3:16:32 PM] Ward Corbett: Think about me
[9/17/19, 3:21:08 PM] Devi: U are all I think about
[9/17/19, 3:21:39 PM] Ward Corbett: Really ????
[9/17/19, 3:23:33 PM] Devi: Yes babe - even when am frustrated at work or enjoying work
[9/17/19, 3:24:01 PM] Devi: And nope - still not giving u money before u ask in response to that declaration
[9/17/19, 3:24:06 PM] Devi: :)
[9/17/19, 3:46:39 PM] Ward Corbett: declaration?

[9/17/19, 3:46:59 PM] Ward Corbett: Please explain
 And nope - still not giving u money before u ask in response to that declaration
[9/17/19, 3:56:35 PM] Devi: Declaration of love
[9/17/19, 3:56:50 PM] Ward Corbett: ok
[9/17/19, 3:56:58 PM] Ward Corbett: I declare love
[9/17/19, 3:57:11 PM] Devi: Explain ? U the one constantly sending me emoji with dollar sign
[9/17/19, 3:58:17 PM] Ward Corbett: I declared already
[9/17/19, 3:59:30 PM] Devi: :) - I too . N then I redeclared just now
[9/17/19, 4:00:29 PM] Ward Corbett: you still haven't used this

Catalyst Partners LLC

Bank Address
Wells Fargo Bank
1 Front Street 22nd Floor
San Francisco, CA 94111
USA

Routing#
121000248

Account No
296-5579242

Swift
WFBIUS6S
[9/17/19, 4:04:28 PM] Devi: That's the part I was trying to avoid u sending
[9/17/19, 4:04:41 PM] Devi: Very unsuccessfully
[9/17/19, 4:04:42 PM] Ward Corbett: lol why
[9/17/19, 4:04:49 PM] Devi: Why not
[9/17/19, 4:04:52 PM] Ward Corbett: 😗
[9/17/19, 4:05:08 PM] Devi: :)
[9/17/19, 4:05:11 PM] Ward Corbett: I declared
[9/17/19, 4:05:22 PM] Devi: So did I
[9/17/19, 4:05:39 PM] Devi: Thanks babe for yours 😗
[9/17/19, 4:05:46 PM] Ward Corbett: 😊😗
[9/17/19, 4:05:50 PM] Ward Corbett: 🗆🗆
[9/17/19, 4:10:36 PM] Devi: And you are my heart
[9/17/19, 4:10:47 PM] Devi: Love u a lot babe
[9/17/19, 4:10:48 PM] Ward Corbett: And you are mine
[9/17/19, 4:11:00 PM] Devi: :)
[9/17/19, 4:11:32 PM] Ward Corbett: image omitted
[9/17/19, 4:21:32 PM] Ward Corbett: I want your devotion

[9/17/19, 4:21:46 PM] Devi: I am devoted to you babe
[9/17/19, 4:23:34 PM] Devi: How do u want me to show my devotion to you
[9/17/19, 4:29:45 PM] Ward Corbett: send me the money, not all of it but relax and be devoted to me.
[9/17/19, 4:30:11 PM] Devi: That's not devotion babe
[9/17/19, 4:30:39 PM] Ward Corbett: It's part of it.   Don't be scurred.
[9/17/19, 4:31:45 PM] Devi: Babe - do u want a woman who says yes to all or one who provides a counterpoint to you
[9/17/19, 4:32:03 PM] Devi: No woman exists who will just say yes to all babe
[9/17/19, 4:32:35 PM] Ward Corbett: That would make you more special and unique than any other
[9/17/19, 4:33:11 PM] Devi: I am not more special or unique than any other babe - just one among many . That's what spirituality is all about :)
[9/17/19, 4:33:22 PM] Devi: Tear down the feeling of being special
[9/17/19, 4:33:26 PM] Ward Corbett: 😬
[9/17/19, 4:33:33 PM] Ward Corbett: You are amazing
[9/17/19, 4:33:56 PM] Devi: Yeah but feeling special is not healthy :)
[9/17/19, 4:34:21 PM] Ward Corbett: you are special to me
[9/17/19, 4:34:26 PM] Ward Corbett: ☺
[9/17/19, 4:35:04 PM] Devi: Then if what I am is enough to make you feel so - why should I do this impossible step ? :)
[9/17/19, 4:35:20 PM] Devi: Anyplace u ask for money - they make u jump through hoops
[9/17/19, 4:36:50 PM] Devi: What feeing are u seeking to satisfy?
[9/17/19, 4:37:00 PM] Devi: I can't imagine it's actually needing my money
[9/17/19, 4:37:20 PM] Ward Corbett: So many.   Your love and your trust your devotion.
[9/17/19, 4:37:57 PM] Devi: K - we can speak about these feelings and how to establish them between us
[9/17/19, 4:38:33 PM] Devi: I'll get out in 20 mins and I can talk from then on
[9/17/19, 4:39:03 PM] Ward Corbett: ok you send anytime before 5
[9/17/19, 4:39:16 PM] Devi: No babe :)
[9/17/19, 4:40:50 PM] Ward Corbett: 😬😖
[9/17/19, 4:41:22 PM] Devi: Let's talk today babe
[9/17/19, 4:45:29 PM] Ward Corbett: My eyes are still red
[9/17/19, 4:45:53 PM] Devi: Aww - I'll fix them up for u
[9/17/19, 4:46:27 PM] Ward Corbett: awww
[9/17/19, 5:18:48 PM] Devi: Babe a are you headed here ?
[9/17/19, 5:18:57 PM] Ward Corbett: not yet
[9/17/19, 5:19:11 PM] Ward Corbett: I have a meeting at 7
[9/17/19, 5:19:35 PM] Devi: Can u not postpone it ?
[9/17/19, 5:19:42 PM] Devi: Or take it tomorrow
[9/17/19, 5:20:00 PM] Ward Corbett: they flew in for the meeting
[9/17/19, 5:20:34 PM] Devi: And u talk about trust babe

[9/17/19, 5:21:22 PM] Devi: I cancelled my 6.45 class so I could spend time with u
[9/17/19, 5:22:01 PM] Devi: You won't be here until 9
[9/17/19, 5:22:41 PM] Devi: Babe - just cancel the visit to me me babe if u getting late
[9/17/19, 5:23:03 PM] Devi: I can focus on my interview and my job and my hobbies atleast
[9/17/19, 5:24:24 PM] Devi: I don't mind at all if we cancel it today
[9/17/19, 5:24:38 PM] Devi: Can we ?
[9/17/19, 5:24:51 PM] Devi: I'm tired n sleepy
[9/17/19, 5:26:46 PM] Devi: Pretty please can we cancel ?
[9/17/19, 5:32:34 PM] Devi: Who cares that I cooked anyway ? It's just food . I'll give it away to my colleagues n maid n I'll eat it
[9/17/19, 5:32:41 PM] Devi: This is too hard babe
[9/17/19, 5:33:21 PM] Ward Corbett: too hard
[9/17/19, 5:33:30 PM] Devi: Yes
[9/17/19, 5:33:41 PM] Ward Corbett: ok I understand
[9/17/19, 5:34:33 PM] Devi: Have a good meeting babe - am off to nap , walk , study n work
[9/17/19, 5:41:36 PM] Ward Corbett: ok babe
[9/17/19, 5:42:08 PM] Ward Corbett: meeting with Tilman Fertitta
[9/17/19, 5:42:32 PM] Ward Corbett: confidential
[9/17/19, 5:48:10 PM] Devi: Good for you
[9/17/19, 5:49:19 PM] Ward Corbett: Come on babe. I need you.
[9/17/19, 5:49:30 PM] Ward Corbett: All of you.
[9/17/19, 5:51:17 PM] Devi: What u need is a part time relationship
[9/17/19, 5:52:27 PM] Devi: I don't want to mess you up before your important meeting . So let's talk later . I am a mess right now
[9/17/19, 5:57:48 PM] Devi: I was the fool that thought I should spend all evening to celebrate. But you would have been happier if u just met me for sex n wired you money
[9/17/19, 5:58:25 PM] Devi: I guess I didn't understand what you wanted for a birthday
[9/17/19, 6:16:54 PM] Devi: You have too ambitious n grand goal of getting me to trust you babe
[9/17/19, 7:02:25 PM] Ward Corbett: that too
[9/17/19, 7:02:25 PM] Ward Corbett: baby I miss you
[9/17/19, 7:06:47 PM] Ward Corbett: You already trust me
[9/17/19, 8:30:37 PM] Devi: In certain ways I trust u but I don't in other ways
[9/17/19, 8:31:59 PM] Devi: I've not met anybody you know or who matter to you
[9/17/19, 8:32:30 PM] Devi: I know u about as much as I did when I met you
[9/17/19, 8:33:52 PM] Devi: You don't act like I mean much in your life babe - talk is cheap
[9/17/19, 8:34:39 PM] Devi: I hate being dependent on anyone and I don't trust you enough to be dependent on you
[9/17/19, 8:35:00 PM] Devi: You might not be there for me coz u are simply just too busy
[9/17/19, 8:36:26 PM] Devi: My money is my security babe - not u
[9/17/19, 8:36:48 PM] Devi: It will be there for me should I need it - u may not
[9/17/19, 8:37:56 PM] Devi: So please don't take my security away from me

[9/17/19, 8:38:26 PM] Devi: I don't force u to take me to your home or to show u trust me by sending me naked pics

[9/17/19, 8:39:23 PM] Devi: The first was suggested only so I could bridge the gap between us that u don't care to bridge . That you probably like or would not have kept so far .

[9/17/19, 8:40:03 PM] Devi: Just go away babe if u only want a part time - at a distance relationship

[9/17/19, 8:40:20 PM] Devi: Find some other girl for it - I am tired babe

[9/17/19, 8:47:37 PM] Ward Corbett: You are tired

[9/17/19, 8:56:27 PM] Devi: Do not do the crime if you are not prepared to do the time .

[9/17/19, 8:56:52 PM] Ward Corbett: Lol

[9/17/19, 8:57:04 PM] Ward Corbett: I'm trying to help you

[9/17/19, 8:58:13 PM] Devi: It's a good saying to remember. That there are consequences that we pay

[9/17/19, 8:58:42 PM] Devi: For instance I'll think myself extremely stupid if I need money after giving to you

[9/17/19, 8:58:55 PM] Devi: And u don't give it when I need it

[9/17/19, 9:00:17 PM] Devi: I've rambled a lot n am done rambling for the day

[9/17/19, 9:01:05 PM] Devi: Please don't bring up the matter of asking me for money

[9/17/19, 9:01:12 PM] Devi: I won't give

[9/17/19, 9:01:46 PM] Ward Corbett: Not any amount

[9/17/19, 9:01:57 PM] Devi: Not any amount

[9/17/19, 9:02:05 PM] Ward Corbett: I would never hurt you

[9/17/19, 9:02:41 PM] Devi: Hurt me how ? Lots of ways to hurt

[9/17/19, 9:02:52 PM] Ward Corbett: never

[9/17/19, 9:03:37 PM] Devi: Talk is cheap babe

[9/17/19, 9:03:46 PM] Devi: Good sentiment

[9/17/19, 9:04:44 PM] Devi: If I pretended I was my best friend - I would be concerned for me

[9/17/19, 9:05:14 PM] Devi: That's a good test to know whether u good or not

[9/17/19, 9:06:00 PM] Devi: I can put up with lots of stuff that I wouldn't tolerate on another

[9/17/19, 9:06:52 PM] Ward Corbett: I agree

[9/17/19, 9:06:52 PM] Ward Corbett: I didn't talk. I traveled to see you whenever I could.

[9/17/19, 9:07:46 PM] Devi: Forcing me to give up my security is not good .

[9/17/19, 9:08:07 PM] Devi: You come here once in a while for an hour or so

[9/17/19, 9:08:54 PM] Devi: You promise endlessly about calendar , meeting up over weekend , spending time together babe

[9/17/19, 9:09:48 PM] Devi: I appreciate you coming here babe - but that also means there is no permanent solution to the distance

[9/17/19, 9:10:14 PM] Devi: I am sick of it and am going crazy

[9/17/19, 9:10:27 PM] Devi: I've even forgotten your face

[9/17/19, 9:11:49 PM] Devi: What plan do you have to make us see each other more ?

[9/17/19, 9:12:29 PM] Devi: I suggested moving in together , me getting a job near where u work or even a remote job or even working for you

[9/17/19, 9:13:02 PM] Devi: All of which u pushed to the background endlessly
[9/17/19, 9:13:40 PM] Devi: Let me know what concrete plan u have ? Let me see a plan in place
[9/17/19, 9:15:36 PM] Devi: And telling me I'll be proving my trust in you if I do that is what a lot of con artists say babe . It's a line straight from them that I've heard a lot . How can u expect me to listen to the sound of a bullet and not move away ????


[9/23/19, 11:01:07 AM] Ward Corbett: ok   I will review it today.
[9/23/19, 11:02:34 AM] Ward Corbett: Please let me know what time you sent the wire.

Catalyst Partners LLC

Bank Address
Wells Fargo Bank
1 Front Street 22nd Floor
San Francisco, CA 94111
USA

Routing#
121000248

Account No
296-5579242

Swift
WFBIUS6S
[9/23/19, 2:29:30 PM] Devi: Sent 10k
[9/23/19, 3:27:44 PM] Ward Corbett: ok great
[9/23/19, 3:30:43 PM] Ward Corbett: please send me the confirmation
[9/23/19, 3:51:18 PM] Devi: No Conf when they called me - I'll check online if they have
[9/23/19, 3:54:24 PM] Devi: Domestic Wire
Fed Reference# 20190923MMQFMPRH000104
[9/23/19, 4:30:41 PM] Ward Corbett: ok
[9/23/19, 4:30:54 PM] Ward Corbett: from which bank
[9/23/19, 4:31:16 PM] Devi: Delta community credit union
[9/23/19, 4:31:32 PM] Devi: From synoptic software llc
[9/23/19, 4:31:12 PM] Ward Corbett: ok it may take a few hours to go thtough
[9/23/19, 4:31:47 PM] Devi: K
[9/23/19, 4:31:51 PM] Ward Corbett: ok


[9/23/19, 11:49:03 PM] Ward Corbett: Wire confirmed


[1/16/20, 5:23:45 PM] Devi: How much money did the 100k I gave make babe ?

[1/16/20, 5:24:13 PM] Devi: My 401 k yielded 23 % last year
[1/16/20, 5:43:14 PM] Ward Corbett: It's growing. Will make a lot more.
[1/16/20, 5:44:03 PM] Devi: I want year end update
[1/16/20, 5:44:44 PM] Devi: Like how much exactly babe
[1/16/20, 5:56:34 PM] Ward Corbett: It hasn't been a year yet but for end of year you could say about 11%..


[2/4/20, 6:29:59 PM] Devi: How's my money with u doing babe ?
[2/5/20, 12:06:28 AM] Ward Corbett: All is well.

[3/6/20, 6:59:17 PM] Devi: How's my money doing with the bad market ?
[3/6/20, 6:59:47 PM] Ward Corbett: Great.   I can short the market.
[3/6/20, 7:00:04 PM] Devi: Cool
[3/6/20, 7:00:31 PM] Ward Corbett: I've been waiting for this shorting opportunity.

[10/7/20, 2:15:19 PM] Devi: When will you be coming babe ?
[10/7/20, 2:24:47 PM] Devi: Looks like I lost the 75k in Atlanta investment
[10/7/20, 2:27:36 PM] Ward Corbett: We will get it back.   Even more.   Its ok.
[10/7/20, 2:42:46 PM] Devi: So when are u coming babe today - please let me know
[10/7/20, 2:46:18 PM] Devi: or were you calling me sunshine coz u mean to mess up coming today?
[10/7/20, 2:53:16 PM] Devi: what is going on ? are u going to be delayed ? are u not coming ? are u travelling ? what is going on ?
[10/7/20, 2:57:32 PM] Ward Corbett: Travrling
[10/7/20, 2:57:53 PM] Devi: Without telling me
[10/7/20, 3:01:26 PM] Devi: Can u wire me my money back ?
[10/7/20, 3:01:44 PM] Devi: I want to cut that link between us so we can work our way towards independence from each other
[10/7/20, 3:01:58 PM] Devi: I can't deal with this lack of communication
[10/7/20, 3:02:47 PM] Devi: Since I can't force you to get me closer to you - I can succeed in getting myself further away from u
[10/7/20, 3:03:13 PM] Devi: Regardless giving u money is something am comfortable with - I need it sent back at earliest
[10/7/20, 3:08:53 PM] Devi: Won't harass u on getting to meet with your family anymore
[10/7/20, 3:09:22 PM] Devi: Just want my money back
[10/7/20, 3:58:02 PM] Devi: Can we talk so we can decide if this is worth it ?
[10/7/20, 3:58:14 PM] Devi: Call me on phone if you too busy to meet up

[10/20/20, 8:19:44 PM] Devi: Will I be getting the money back ?
[10/20/20, 8:34:06 PM] Ward Corbett: Dont worry.
[10/20/20, 8:35:39 PM] Devi: It's sad that this came to this
[10/20/20, 8:36:22 PM] Ward Corbett: Get off the emotional rollercoaster.
[10/20/20, 8:37:36 PM] Devi: What makes you think this is an emotional decision ?
[10/20/20, 8:38:00 PM] Ward Corbett: Your sad

[10/20/20, 8:38:16 PM] Ward Corbett: It's sad that this came to this

[10/20/20, 9:17:30 PM] Devi: Please don't make it that I need lawyers to get money
[10/20/20, 9:19:26 PM] Devi: I did love you - for what it's worth
[10/20/20, 9:20:37 PM] Devi: Too bad that love wasn't enough to help us be kind to each other n live peacefully

[10/23/20, 1:55:45 PM] Devi: hey - good afternoon
[10/23/20, 1:56:02 PM] Devi: i had a session with the counselor this afternoon
[10/23/20, 1:56:25 PM] Devi: she thinks a break is a good idea for us too
[10/23/20, 1:56:43 PM] Devi: how do you want the break to be ?
[10/23/20, 1:57:40 PM] Devi: we spend the time processing our relationship upto this point and decide if we really want to go forward with it or not ?
[10/23/20, 1:58:30 PM] Devi: do i have your buy in for the break ?
[10/23/20, 1:59:30 PM] Devi: also since we are on a break - makes sense for us to separate our finances
[10/23/20, 1:59:56 PM] Devi: if it does get better , i can always put money back in or use u as an investor
[10/23/20, 2:00:47 PM] Devi: u shouldn't think of staying with me for the money :)
[10/23/20, 2:01:09 PM] Devi: it should be kept separate from the decision
[10/23/20, 2:02:16 PM] Devi: let me know if u agree with that or no
[10/23/20, 2:02:29 PM] Ward Corbett: Hmmm
[10/23/20, 2:03:53 PM] Devi: i 'll investigate the card - like if i can transfer ownership to you and no longer be a member
[10/23/20, 2:04:14 PM] Devi: dont want u feeling uncomfortable that i might use it :)
[10/23/20, 2:05:12 PM] Ward Corbett: lm not uncomfortable
[10/23/20, 2:05:52 PM] Devi: k - i'll still ask to see what options exist
[10/23/20, 2:06:23 PM] Devi: i do want the 100k transferred back though - give me whatever percent u want to give
[10/23/20, 2:06:41 PM] Devi: am cool if i just get the capital back
[10/23/20, 2:29:49 PM] Ward Corbett: Dont worry. I will take care of you babe.😊
[10/26/20, 11:24:32 AM] Devi: Good morning
[10/26/20, 11:24:37 AM] Devi: Thanks for the flowers
[10/26/20, 11:24:51 AM] Devi: Routing number is 261071315
[10/26/20, 11:25:01 AM] Devi: bank : delta community credit union
[10/26/20, 11:25:16 AM] Devi: name: devi rajshri sethumadhava menon
[10/26/20, 11:26:31 AM] Devi: a/c no :2205797

[10/28/20, 6:15:51 PM] Devi: Hey - when do you think you would send me the funds ? Any attempt to reconciliation should begin with this to build trust within me. It is concerning that I have no clue as to when I will get the funds . I'd like to know when please
[10/28/20, 6:16:55 PM] Devi: If it's easier for you - just send me the capital and you can or not send the interest later so you are not too out of funds

[10/28/20, 6:17:13 PM] Devi: Like I said - am happy with just the capital

[10/28/20, 6:21:11 PM] Ward Corbett: Send more so I can send more later.   Friday is good.

[10/28/20, 6:21:55 PM] Devi: K - so you will send on Friday ?

[10/28/20, 6:23:10 PM] Ward Corbett: You can send by Friday.

[10/28/20, 6:23:25 PM] Devi: Excuse me ?

[10/28/20, 6:23:40 PM] Devi: So you don't plan to give the money back ?

[10/28/20, 6:24:37 PM] Ward Corbett: Why do you jump to wrong conclusions?

[10/28/20, 6:24:57 PM] Devi: Why did u say that I am to send you money by Friday ?

[10/28/20, 6:25:13 PM] Ward Corbett: You should

[10/28/20, 6:25:19 PM] Devi: I don't want to

[10/28/20, 6:25:31 PM] Devi: Like at all right now in case it's not clear

[10/28/20, 6:26:10 PM] Devi: Will you be sending the money back ?

[10/28/20, 6:26:42 PM] Ward Corbett: Will you send

[10/28/20, 6:27:22 PM] Devi: I will put up with this bs and deflection for maybe a week for the sake of the relationship we had

[10/28/20, 6:27:40 PM] Ward Corbett: Ok thank you.

[10/28/20, 6:27:45 PM] Devi: But in truth now is not the time for kidding

[10/28/20, 6:28:17 PM] Devi: If u need more than a week - please let me know . I just need the exact date

[10/28/20, 6:29:41 PM] Ward Corbett: Ok have a good night.

[10/28/20, 6:29:53 PM] Devi: K - assume a week is good then

[10/28/20, 6:30:42 PM] Ward Corbett: Ass ume

[10/28/20, 6:31:22 PM] Devi: I'd rather not escalate:( - I hope it doesn't come to that

[10/28/20, 6:31:48 PM] Devi: That will spoil all chances of reconciliation

[10/28/20, 6:33:03 PM] Devi: If u feel the deal is not fair   - please let me know what issue I have . I can't understand any issue you have with returning my money back to me with your deflection

[10/28/20, 6:33:36 PM] Ward Corbett: Lets talk in person one day.

[10/28/20, 6:34:03 PM] Devi: Sure - am only waiting for u to decide when u would be upto it

[10/28/20, 6:35:41 PM] Ward Corbett: My back is killing me

[10/28/20, 6:36:13 PM] Devi: Wrong person to tell

[10/28/20, 6:38:07 PM] Ward Corbett: But you are so good at rubbing my back

[10/28/20, 6:38:58 PM] Devi: K - I am going to ignore these since am not interested in hearing any right now.

10/28/20, 6:39:42 PM] Ward Corbett: You ovulated and now your period is coming.

[10/28/20, 7:21:22 PM] Devi: That was patronizing and you know it

[10/28/20, 7:21:58 PM] Devi: incredibly minimizing

[10/28/20, 7:22:48 PM] Devi: but it is to be expected from you since you really havent spent any time at all to understand

[10/28/20, 7:23:02 PM] Devi: so only generic answers can be seen by you right now

[10/28/20, 7:30:49 PM] Devi: I already said that for me you showing sincerity begins with you giving me back the funds. getting close without that -- is to me bs. I understand you think - oh perhaps we will work out our issues and this would be something that need

not be done. I dont view it that way. I view it as this guy is pretending everything is okay so he doesnt have to give up the funds. I view me giving you money as a mistake that i want to correct.

[10/28/20, 7:30:59 PM] Devi: regardless of us being together or not

[10/28/20, 7:32:21 PM] Devi: would you want to stay if the funds were not there ?

[10/28/20, 7:32:45 PM] Devi: i dont care if you say yes you will stay. I need to see it is so.

[10/28/20, 7:33:22 PM] Devi: i gave the money reluctantly and i don't intend to do things i am uncomfortable with any more

[10/28/20, 7:34:40 PM] Devi: tbh - i view our chance of being together as 50-50.

[10/28/20, 7:35:06 PM] Devi: you dont understand my perspective at all


[12/6/20, 3:01:38 PM] Devi: Am super worried now about getting my money from u

[12/6/20, 3:03:30 PM] Devi: 100k is a lot to lose and the betrayal would be pretty bad

[12/6/20, 4:05:28 PM] Devi: are you coming today or no ???

[12/6/20, 4:18:22 PM] Devi: can u let me know if u care for your belongings or not ? :) . I can trash them if u don't care. I don't get the reason for this kind of evasive behavior right now.

[12/6/20, 4:19:06 PM] Devi: the general flakiness is what's getting me worried about my money though :)

[12/6/20, 4:20:37 PM] Devi: if u don't answer , i'll be coming over to your workplace tomorrow not to return stuff , but to ask for money and to get the funds settled. That I care about :)

[12/6/20, 4:22:47 PM] Devi: I'd rather not do that

[12/6/20, 4:38:39 PM] Devi: you know i've had the guts to go to my ex's house when i suspected him of having a gf and causing a scene :)

[12/6/20, 4:39:08 PM] Devi: i really hope i dont do something like that with u

[12/6/20, 4:39:49 PM] Devi: just stop being flaky please and answer when a qs is raised to you. I'll stop bothering u for good once i get the money -- so this is only for a while

[12/6/20, 4:40:46 PM] Ward Corbett: Be content

[12/6/20, 4:40:55 PM] Devi: content on what ?

[12/6/20, 4:41:02 PM] Ward Corbett: What stuff?

[12/6/20, 4:41:15 PM] Devi: i thought u were supposed to come and get your stuff

[12/6/20, 4:41:20 PM] Devi: from my home today

[12/6/20, 4:41:28 PM] Ward Corbett: send pics of it

[12/6/20, 4:41:42 PM] Devi: really ? - fine

[12/6/20, 4:41:49 PM] Devi: when are u going to return the money ?

[12/6/20, 4:42:15 PM] Ward Corbett: I was coming but you are acting crazy again

[12/6/20, 4:42:30 PM] Devi: that's atleast helpful :)

[12/6/20, 4:42:49 PM] Devi: i wouldnt have gone crazy if i hadn't been triggered by the non answer :)

[12/6/20, 4:43:04 PM] Devi: thanks for being honest about how you felt


[12/6/20, 5:15:25 PM] Devi: when u gonna send the money?

[12/6/20, 5:15:38 PM] Devi: or is all this to avoid paying me money ?:)

[12/6/20, 5:16:35 PM] Ward Corbett: Send more
[12/6/20, 5:17:04 PM] Devi: hmm   - i wont send more and i will become nasty if i dont get the money
[12/6/20, 5:17:19 PM] Devi: whats the plan to get the money over to me ?
[12/6/20, 5:19:15 PM] Ward Corbett: Ill be closing on a good deal soon that will put us in a good situation.
[12/6/20, 5:19:24 PM] Devi: when is soon ?
[12/6/20, 5:19:47 PM] Ward Corbett: Working on it.
[12/6/20, 5:20:04 PM] Devi: how do i trust u on this given your lies?
[12/6/20, 5:20:35 PM] Devi: can u send me paper work that says i owe you rmoney with your ssn in it -- all notarized ?
[12/6/20, 5:20:47 PM] Devi: u owe me money :)
[12/6/20, 5:21:07 PM] Ward Corbett: Im not going anywhere.
[12/6/20, 5:21:14 PM] Devi: i can allow you to put a reasonable date on it
[12/6/20, 5:21:32 PM] Devi: again - given your lies , how do i trust you
[12/6/20, 5:21:43 PM] Devi: paperwork can be trusted
[12/6/20, 5:22:09 PM] Ward Corbett: Ive not lied.   You just didn't meet my mother. Thats not a lie.
[12/6/20, 5:22:26 PM] Ward Corbett: She is very sick.
[12/6/20, 5:22:39 PM] Devi: u lied about your intent to have me meet your family
[12/6/20, 5:22:49 PM] Devi: u never inteneded to do that
[12/6/20, 5:23:02 PM] Ward Corbett: Im still not against that.
[12/6/20, 5:23:27 PM] Devi: then what exactly did you mean by "content" ?
[12/6/20, 5:23:39 PM] Ward Corbett: You will meet them.
[12/6/20, 5:24:03 PM] Devi: :) - i dont want to hear of a random day in the future
[12/6/20, 5:24:53 PM] Ward Corbett: Neither of us know how to quiet your mind.   You spiral out of control sometimes.
[12/6/20, 5:25:37 PM] Ward Corbett: You're such a beautiful person.
[12/6/20, 5:25:59 PM] Devi: when i described your actions to the counselor -- she didnt seem to think a queit mind was the problem much
[12/6/20, 5:26:08 PM] Ward Corbett: Lol..
[12/6/20, 5:26:17 PM] Ward Corbett: Ok
[12/6/20, 5:26:18 PM] Devi: the problem was your non engagement
[12/6/20, 5:26:25 PM] Devi: u ran away
[12/6/20, 5:26:54 PM] Devi: what could have been a simple talk after you came back from miami - has become this
[12/6/20, 5:26:57 PM] Ward Corbett: Send me a pic of your place right now
[12/6/20, 5:27:03 PM] Devi: why ?
[12/6/20, 5:27:25 PM] Ward Corbett: Ill never be upset with you.
[12/6/20, 5:27:50 PM] Devi: so again - what did you mean by content ?
[12/6/20, 5:28:18 PM] Ward Corbett: Be content.   Chill out.
[12/6/20, 5:28:26 PM] Devi: content with what ?
[12/6/20, 5:28:34 PM] Ward Corbett: Everything.
[12/6/20, 5:28:45 PM] Devi: the situation as it was ?
[12/6/20, 5:29:09 PM] Ward Corbett: With everything

[12/6/20, 5:30:00 PM] Devi: so u will randomly go , not allow me to see your home , randomly come when u feel like coming and not when i needed you to come --- and i should becontent with it ?

[12/6/20, 5:30:40 PM] Devi: u live essentially a single man's life - unquestioned with no consultaion with me -- and i should be content ?

[12/6/20, 5:31:30 PM] Ward Corbett: You have told many peole you are single.   Just be content.

[12/6/20, 5:32:07 PM] Devi: hmm - you are really really good at deflection

[12/6/20, 5:32:27 PM] Devi: i totally wouldn't do business with you :)

[12/6/20, 5:32:48 PM] Devi: am super scared now of doing business with u :)

[12/6/20, 5:33:32 PM] Ward Corbett: Lol... you have all the answers.

[12/6/20, 5:34:06 PM] Devi: k - so lets keep this simple

[12/6/20, 5:34:19 PM] Ward Corbett: We are

[12/6/20, 5:35:25 PM] Devi: 1. send me a document stating that you have taken 100k from me , get that notarized and send it over with ur ssn . I can prepare the document for you . And you can fill in a date you want in it as long as it is not more than 6 months out from today

[12/6/20, 5:36:02 PM] Devi: 2. i will take pics of everything u have here and send it to you and you can tell me what u want and not

[12/6/20, 5:38:25 PM] Devi: I need 1 to be done within a week .

[12/6/20, 5:39:23 PM] Ward Corbett: When will you send more

[12/6/20, 5:39:42 PM] Devi: i will NEVER send you more money sweetie

[12/6/20, 5:39:56 PM] Ward Corbett: Just think about it

[12/6/20, 5:39:53 PM] Devi: dont daydream about it

[12/6/20, 5:40:33 PM] Devi: if #1 does not happen in a week - i will do crazy stuff :)

[12/6/20, 5:41:01 PM] Ward Corbett: Thanks..

[12/6/20, 5:41:14 PM] Devi: sarcasm or genuine thanks?

[12/6/20, 5:41:29 PM] Ward Corbett: Like what

[12/6/20, 5:41:48 PM] Devi: when u said Thanks - was that sarcasm or genuine thanks?

[12/6/20, 5:42:09 PM] Ward Corbett: Im always

[12/6/20, 5:45:49 PM] Devi: well -- i mean it when i say i will do crazy stuff if i dont get the document in 1 week though. It's either document this week to put off paying for 6 months or pay up right away. With our exchange you haven't convinced me you don't lie - just that you are really good at deflecting.   On the whole my initial impression of you being an upstanding member of society has taken quite a bit of hit right now :(.

[12/6/20, 5:46:20 PM] Devi: I'll send over a document for you by tomorrow


[12/11/20, 6:51:44 PM] Devi: Why do I have to keep begging u like this for my own money ? If u don't want to sign - I can begin freak out today itself

[12/11/20, 6:51:45 PM] Ward Corbett: I dont expect you to. But you dont need to.

[12/11/20, 6:51:45 PM] Ward Corbett: Stress doesnt help

[12/11/20, 6:52:10 PM] Devi: What's the stress in sending me a signed document ? Do u not trust me ?

[12/11/20, 6:53:17 PM] Ward Corbett: We trust each other

[12/11/20, 6:53:31 PM] Devi: Then send me the document

[12/11/20, 6:53:55 PM] Devi: I see many evidences of me putting my credit , my money on the line for you and none from you

[12/11/20, 6:54:21 PM] Devi: What exactly hard thing have you done for me ????

[12/11/20, 6:55:08 PM] Devi: Please explain if I missed out an instance where u gave more than u could bear???

[12/11/20, 6:57:33 PM] Devi: I read out my ssn to you - did I ask yours in return ?

[12/11/20, 6:57:44 PM] Devi: If u love me - u will do this

[12/11/20, 7:01:48 PM] Ward Corbett: Ok ttyl

[12/11/20, 7:02:18 PM] Devi: K babe - I appreciate you talking to me

[12/11/20, 7:03:10 PM] Devi: And even if I say I love you - I still expect u to sign the document. If u don't - I will do proper freak out come Monday

[12/11/20, 7:06:46 PM] Ward Corbett: Send more Monday

[12/11/20, 7:10:58 PM] Devi: No - I'll be looking at what options I have legally .

[12/11/20, 7:14:17 PM] Devi: I will do my best to collect my money from you and this will be the end cutie for us

[12/11/20, 7:15:42 PM] Devi: It's a hard blow u have given

[12/11/20, 7:17:18 PM] Devi: 100k of money is very very hard to lose


[12/12/20, 4:20:58 PM] Devi: Please accept that I don't want a relationship with you if u can't sign the agreement.

[12/13/20, 6:20:27 AM] Devi: Hey - I don't know if you can understand this truth from me : Me giving you the money without signing was done on the basis of my past trauma . Just so I can feel at home with you in the relationship with that needle pricking me all the time. Continuing that is me agreeing to continue to be in an unhealthy dynamic with you. Hence the decision by me to break the relationship itself rather than allowing me to do such a thing to myself . You signing will go a long way towards righting the dynamic in this relationship enabling me to continue with you.

[12/13/20, 6:25:16 AM] Devi: You surely must have noticed the needle pricking me all the time ? I definitely tried to take out the internal pain I felt out on you many times . Do you want to be in a relationship where I continue to erupt periodically on this issue ? Is having the 100k so important that you are willing to be abused emotionally by me each time the needle pricked me ? By default you have been letting the relationship go from the abuse you took.


[12/13/20, 6:52:30 AM] Devi: 100k is not a small sum for me babe . The truth is I am not ready to give that money to you willingly   without any kind of agreement. From my experience of life - I am yet to see that kind of person. If I had millions - maybe I'd be okay with it. The question you need to ask yourself is why do you require this from me ? What need does it satisfy in you ? Do you feel taken care of ? What's the trauma behind you acting like a con man hitting his romance con for money ?

[12/13/20, 6:59:00 AM] Devi: You should definitely ask this of u coz otherwise your thirst will NEVER be quenched . What sense does is make for some one to say binge eat to satisfy their feelings of unworthiness? Will eating really help fix that ?   Temporarily yes - but permanently NO . You need to indentify your trauma to fix it.

[12/13/20, 7:01:46 AM] Devi: You definitely have a thing going on with money . Is it security ? Is it control ? I got no answer. All I can tell u is about me. I did NOT give that money willingly .

[12/13/20, 7:04:14 AM] Devi: Maybe one day I will get to a point where I do trust you with 100k - but u gotta stop acting like a con man conning his romance con for that to happen right ?