

February 17, 2025

Hon. Esther Salas
United States District Court
50 Walnut St., Courtroom 5A
Newark, NJ 07101

**<u>Via Electronic Filing</u>**

    Re:    Menon v. Corbett 2:21-cv-08384

Dear Judge Salas:

This firm represents Devi Menon. This letter is to request an extension of time to file the renewed motion for default judgment contemplated by your order of February 5, 2025. I am requesting an additional two weeks to March 7, 2025 to file the renewed motion. The reason for this request is that your order came in while I have been preparing for two lengthy trials occurring in March, and I simply have not had the time to complete the motion. As such, I am requesting this short extension.

                                    Very truly yours,

                                    Avram E. Frisch

Cc: Devi Menon

                                  SO ORDERED,

                                  _____
                                  Hon. Esther Salas, U.S.D.J.
                                  Date: 2/18/2025

