Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

**DEVI RAJSHRI SETHUMADHAVA MENON**

                      Plaintiff,

- against -

**WARD CORBETT AND CATALYST PARTNERS MANAGEMENT LLC**

                      Defendant.

Docket No. 2:21-cv-08384

**CERTIFICATION OF AVRAM E. FRISCH IN SUPPORT OF THE MOTION**

---------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Avram E. Frisch, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the attorney for the Plaintiff in this action and make this certification in support of the application of Plaintiff for default judgment.

2. Annexed hereto as **Exhibit A** is a ledger from my prior billing system maintained in the ordinary course of business reflecting the attorney's fees and disbursements that were caused by the Defendants' willful evasion of service in this matter through August 1, 2024.

3. Annexed hereto as **Exhibit B** is a ledger from my current billing system maintained in the ordinary course of business reflecting the attorney's fees from August 1, 2024- March 4, 2025, along with the total case balance.

4. As reflected therein, Plaintiff has expended costs in the amount of $1,174 and legal fees in the $8,695.00.

5. As set forth in the Declaration I filed on September 15, 2023 (ECF #18), the Defendants were properly served in accordance with the Court's order (ECF #17). As such, default judgment is appropriate in this matter.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2025.

_____ /s/ Avram E. Frisch
Avram E. Frisch