| ENTRY | CLIENT | MATTER | ENTERED | AMOUNT | RATE/PRICE | JANTITY |
|---|---|---|---|---|---|---|
| Time | Menon, Devi | Ex boyfriend collection | 2021-02-11 | 210.00 | 350.00 | 0.60 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-02-15 | 210.00 | 350.00 | 0.60 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-04-02 | 700.00 | 350.00 | 2.00 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-04-05 | 35.00 | 350.00 | 0.10 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-04-06 | 315.00 | 350.00 | 0.90 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-04-14 | 35.00 | 350.00 | 0.10 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-05-19 | 140.00 | 350.00 | 0.40 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-06-01 | 175.00 | 350.00 | 0.50 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-06-02 | 175.00 | 350.00 | 0.50 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-06-11 | 175.00 | 350.00 | 0.50 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-06-17 | 105.00 | 350.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-07-13 | 210.00 | 350.00 | 0.60 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-08-20 | 420.00 | 350.00 | 1.20 |
| Time | Menon, Devi | Ex boyfriend collection | 2021-10-25 | 105.00 | 350.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2022-02-14 | 735.00 | 350.00 | 2.10 |
| Time | Menon, Devi | Ex boyfriend collection | 2022-02-18 | 105.00 | 350.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2022-06-16 | 105.00 | 350.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2022-09-08 | 150.00 | 375.00 | 0.40 |
| Time | Menon, Devi | Ex boyfriend collection | 2022-12-29 | 112.50 | 375.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-01-08 | 412.50 | 375.00 | 1.10 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-01-10 | 75.00 | 375.00 | 0.20 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-02-02 | 75.00 | 375.00 | 0.20 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-03-24 | 300.00 | 375.00 | 0.80 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-03-27 | 262.50 | 375.00 | 0.70 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-08-03 | 112.50 | 375.00 | 0.30 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-08-04 | 187.50 | 375.00 | 0.50 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-09-15 | 225.00 | 375.00 | 0.60 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-11-26 | 300.00 | 375.00 | 0.80 |
| Time | Menon, Devi | Ex boyfriend collection | 2023-12-07 | 187.50 | 375.00 | 0.50 |
| Time | Menon, Devi | Ex boyfriend collection | 2024-07-28 | 112.50 | 375.00 | 0.30 |
| **TIME TOTALS** | | | | **6,467.50** | | |
| Expense | Menon, Devi | Ex boyfriend collection | 2021-02-15 | 10.00 | 0.00 | 0.00 |
| Expense | Menon, Devi | Ex boyfriend collection | 2021-04-06 | 402.00 | 0.00 | 0.00 |
| Expense | Menon, Devi | Ex boyfriend collection | 2021-04-14 | 200.00 | 0.00 | 0.00 |
| Expense | Menon, Devi | Ex boyfriend collection | 2021-11-18 | 254.00 | 0.00 | 0.00 |
| Expense | Menon, Devi | Ex boyfriend collection | 2022-02-14 | 25.00 | 0.00 | 0.00 |
| Expense | Menon, Devi | Ex boyfriend collection | 2023-01-30 | 283.00 | 0.00 | 0.00 |
| **Expense Totals** | | | | **1,174.00** | | |

**NOTES**

Preparation of demand letter
Call with client to review letter; finalized letter
Preparation of complaint
Call to client
Call with client; finalized complaint
Service of complaint
email correspondence; call to process server
Call with Amy Olsen; call to client
filed affidavit of service; call with client
Preparation of request for entry of default, call with client
Preparation of declaration in support of default judgment
Filed application for default judgment
Submission of motion for default judgment; calls with client
Preparation of amended complaint
Preparation of motion for alternate service
service of motion; review of status of mailings
Communication with chambers over motion
Preparation of subpoena to Urban League
Preparation of subpoena to Facebook
Preparation of declaration in response to court
Facebook subpoena
Review of facebook subpoena response
New motion for alternate service
Finalization of motion
Call with client; review of court order
Service of complaint in accordance with Court ordered alternative service
Preparation of declaration of service
Preparation of motion for default judgment
Filing of motion for default judgment
Preparation of brief requested by court

Fedex
complaint filing fee
Estimated service of process
Additional service of process charge
Certified mail RRR postage on Catalyst (2 addresses)
service of subpoenas by process server