| Date | Activity | Rate/Cost | Duration/Q | Total | Case Link | Case Num | Description |
|---|---|---|---|---|---|---|---|
| 8/4/2024 | Document Preparation | $375.00 | 2.1 | $787.50 | Menon - Ex | 2:21-cv-08 | Preparation of brief in support of motion for default judgment |
| 8/25/2024 | Document Preparation | $375.00 | 0.5 | $187.50 | Menon - Ex | 2:21-cv-08 | Preparation of client certification |
| 8/26/2024 | Document Preparation | $375.00 | 0.7 | $262.50 | Menon - Ex | 2:21-cv-08 | Finalized motion for default judgment |
| 3/4/2025 | Document Preparation | $450.00 | 2.2 | $990.00 | Menon - Ex | 2:21-cv-08 | Preparation of revised motion for default judgment |
| | | | | $2,227.50 | | | |