EXHIBIT A

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ 07302

DIRECT INQUIRIES TO: 404-715-4725 OR 1-800-544-3328

| STATEMENT PERIOD | FROM 09/01/19 | THRU 09/30/19 |
| --- | --- | --- |

PAGE 1

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 35210.26 |
| 09/01 | | Deposit Transfer From Share 0070 | | | | 120000.00 | 155210.26 |
| 09/14 | | Withdrawal by Wire | | | | 10000.00- | 145210.26 |
| 09/23 | | WIRE-OUT ▮▮▮▮ 7900 CATALYST PARTNER | | | | 20.00- | 145190.26 |
| 09/23 | | Withdrawal WIRE Out Fee | | | | 16.53 | 145206.79 |
| 09/30 | | Deposit Dividend 0.200% | | | | | |
| 09/30 | | Annual Percentage Yield Earned 0.20% from 09/01/19 through 09/30/19 | | | | | |
| | | Based on Average Daily Balance of 100,538.26 | | | | | |
| | | Ending Balance | | | | | 145206.79 |
| | | Dividends Paid Year to Date | | | | 81.89 | |

# Delta Community
### CREDIT UNION®

P.O. BOX 20541 ATLANTA, GA 30320-2541

DeltaCommunityCU.com

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

SYNOPTIC SOFTWARE SOLUTIONS LLC
DEVI RAJSHRI MENON
UNIT 15D
110 1ST ST
JERSEY CITY NJ 07302

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the
exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that
balance each day after credits are subtracted and new advances or other charges are added.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO
DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.

| | |
|---|---|
| ACCOUNT NUMBER | |
| STATEMENT PERIOD | FROM 10/01/19  THRU 10/31/19 |
| DIRECT INQUIRIES TO: | 404-715-4725  OR  1-800-544-3328 |
| PAGE | 1 |

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01 | ID 0001 | BUSINESS SAVINGS Balance Forward | | | | | 145206.79 |
| 10/08 | | Withdrawal Transfer To Share 0050 | | | | 5.74- | 145201.05 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 3519.25- | 141681.80 |
| 10/17 | | Withdrawal Transfer To Share 0070 | | | | 8143.00- | 133538.80 |
| 10/20 | | Withdrawal Transfer To Share 0070 | | | | 5000.00- | 128538.80 |
| 10/22 | | Withdrawal Transfer To Share 0070 | | | | 90000.00- | 38538.80 |
| 10/22 | | Withdrawal by Wire | | | | | 38538.80 |
| 10/22 | | WIRE-OUT 5100 CATALYST PARTNER | | | | | 38538.80 |
| 10/22 | | Withdrawal WIRE Out Fee | | | | 20.00- | 38518.80 |
| 10/31 | | Deposit Dividend 0.200% | | | | 18.45 | 38537.25 |